**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| MARVIN CARTER, | ) | |
| | ) | |
| Plaintiff, | ) | No. 17-cv-03690 |
| | ) | |
| v. | ) | Honorable Phillip G. Reinhard |
| | ) | Magistrate Judge Lisa A. Jensen |
| JOHN BALDWIN and LISA MINTER, | ) | |
| | ) | |
| Defendants. | ) | |

**STIPULATION TO DISMISS**

NOW COMES the Plaintiff, Marvin Carter, by his attorney, Kirkland & Ellis LLP, and the Defendants, John Baldwin and Lisa Minter, by their attorney, Kwame Raoul, Illinois Attorney General, and hereby stipulate to the dismissal of Defendants Baldwin and Minter with prejudice. The Plaintiff and Defendants Baldwin and Minter agree as follows:

1.    Defendants Baldwin and Minter shall be dismissed with prejudice and without leave to reinstate.

2.    Each party shall bear their own attorney's fees, costs, and expenses.

3.    As all other Defendants were previously dismissed, the parties request entry of Final Judgment.

AGREED:

| | |
|---|---|
| /s/ Karl Stampfl | /s/Kimberly W. Leung |
| Nader R. Boulos | Kimberly W. Leung |
| Britt Cramer | Assistant Attorney General |
| Karl Stampfl | Office of the Illinois Attorney General |
| KIRKLAND & ELLIS LLP | 100 W. Randolph St, 13th Floor |
| 300 North LaSalle | Chicago, Illinois 60601 |
| Chicago, Illinois 60654-3406 | kleung@atg.state.il.us |
| nader.boulos@kirkland.com | Telephone: (312) 814-5484 |
| britt.cramer@kirkland.com | |
| karl.stampfl@kirkland.com | Attorney for Defendants |
| Telephone: (312) 862-2000 | |

Attorneys for Plaintiff


Date: June 29, 2020                    Date: June 26, 2020