# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Marvin Carter, <br><br> Plaintiff(s), <br><br> v. <br><br> John R. Baldwin, et al., <br><br> Defendant(s). | Case No. 17 C 3690 <br> Judge Philip G. Reinhard |

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $           ,

which ☐ includes           pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☐ in favor of defendant(s) Wexford Health Sources, Timothy Chamberlain M.D., Christopher R. Barnhart, Sherry Benton, and Max Blackburn.
and against plaintiff(s) Melvin Carter.
.
Defendant(s) shall recover costs from plaintiff(s).

---

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge      presiding, and the jury has rendered a verdict.
☐ tried by Judge      without a jury and the above decision was reached.
☒ decided by Judge Philip G. Reinhard on a motion(s) to dismiss.


Date: 6/29/2020

Thomas G. Bruton, Clerk of Court
/S/ Susan Bennehoff, Deputy Clerk